**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6957**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

RICHARD ALLEN BROWN,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Louise W. Flanagan, District Judge. (7:09-cr-00117-FL-1)

Submitted: August 20, 2015        Decided: August 25, 2015

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Allen Brown, Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Allen Brown appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012), based upon Amendments 750, 781, and 782 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. See United States v. Thomas, 775 F.3d 982, 982-83 (8th Cir. 2014) (holding that Amendment 782 reductions in drug offense levels do not apply to defendants whose offense levels were based on career offender enhancement rather than on drug Guidelines). Accordingly, we affirm the district court's denial of relief, grant Brown's request to seal his informal brief, deny his request to seal the remainder of the record, and deny his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED